PETER V. Z. LANE, Appellant, *v.* JEDEDIAH K. HAYWARD, Executor, etc., Respondent.

(Argued January 24, 1884 ; decided February 5, 1884.)

*S. T. Freeman* for appellant.

*Jedediah K. Hayward*, respondent, in person.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.